# EXHIBIT A



United States
CONSUMER PRODUCT SAFETY COMMISSION

# Johnson Health Tech Trading Recalls Horizon Fitness Treadmills Due to Fall Hazard

Recalled T101-05 Treadmill

   

**Name of Product:**

Horizon T101-05 Treadmills

**Hazard:**

The treadmills can unexpectedly accelerate, change speed, or stop without user input, posing a fall hazard.

**Remedy:**

Repair

**Recall Date:**

October 27, 2022

**Units:**

About 192,000 (In addition, about 7,000 sold in Canada)

---

Consumer
   Contact

Horizon Fitness online at https://www.horizonfitness.com/support/recall or www.horizonfitness.com and click on "Safety Notices," or Horizon Fitness toll-free at 888-223-1045 from 8 a.m. to 5 p.m. CT, Monday through Friday or by email at retailrecall@johnsonfit.com for more information.

# Recall Details

**In Conjunction With:**



**Description:**

This recall involves Horizon Fitness T101-05 folding treadmills. The treadmill has a running area that measures 55 inches long by 20 inches wide and has a 33-inch-wide console.   The display has red LEDs that provide workout information to the user. Horizon T101-05 is printed on the treadmill's serial number label. The name of the model and the serial number are located on the metal frame near the power switch. The serial number starts with the letters "TM".  Only treadmills with the following serial numbers are included in this recall. Only Horizon Fitness T101-05 folding treadmills are included in this recall.

| MODEL NAME | Serial Numbers Starting With |
| --- | --- |
| T101-05 China | TM734 |
| T101-05 Vietnam | TM486 |

**Remedy:**

Consumers should immediately stop using the recalled T101-05 treadmills and contact Horizon to receive a free USB with a software repair to install on the treadmills.

**Incidents/Injuries:**

Horizon has received at least 874 reports where the treadmills unexpectedly changed speed or

stopped, including 71 reports of injury, including bruises, abrasions and two broken bones.

**Sold At:**

Dick's Sporting Goods and Johnson Fitness & Wellness stores nationwide and online at www.HorizonFitness.com, www.Amazon.com, www.DicksSportingGoods.com, and www.JohnsonFitness.com from March 2018 through October 2022 for between $600 and $1,000.

**Importer(s):**

Johnson Health Tech Trading of Cottage Grove, Wisconsin

**Manufactured In:**

China and Vietnam

**Recall number:**

23-026

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.