**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| LACEY GAUTHIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 0:25-cv-01025 |
| v. | : | |
| | : | |
| JOHNSON HEALTH TECH NORTH AMERICA, | : | **JURY TRIAL DEMANDED** |
| INC., a Wisconsin Corporation, and JOHNSON | : | |
| HEALTH TRADING, INC., a Wisconsin | : | |
| Corporation, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Lacey Gauthier, hereby discloses the following:

1. Plaintiff, Lacey Gauthier, is a private, non-governmental party.

2. Plaintiff is not a corporate party and has no corporate affiliates, subsidiaries, parent corporations, or publicly held corporations owning 10% or more stock.

3. For the purposes of diversity under 28 U.S.C. § 1332(a), Plaintiff is a resident and citizen of the State of Wisconsin.

Date: <u>March 19, 2025</u>

Respectfully submitted,

**JOHNSON BECKER, PLLC**

<u>*/s/ Adam J. Kress, Esq.*</u>
Adam J. Kress, Esq. (MN #0397289)
Anna R. Rick, Esq. (MN #0401065)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 / (612) 436-1801 (fax)
akress@johnsonbecker.com
arick@johnsonbecker.com
***Attorneys for Plaintiff***