**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LACEY GAUTHIER, | Case No. 0:25-cv-01025-JRT-JFD |
| Plaintiff, | |
| vs. | |
| JOHNSON HEALTH TECH NORTH AMERICA, INC., a Wisconsin Corporation, and JOHNSON HEALTH TECH TRADING, INC., a Wisconsin Corporation, | **DEFENDANT JOHNSON HEALTH TECH NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Johnson Health Tech North America, Inc. is wholly owned by Johnson Health Tech. Co., Ltd., which is a company publicly traded on the Taiwan Stock Exchange.

Dated: April 16, 2025

s/ *Anthony J. Novak*
Anthony J. Novak (#0351106)
Aaron S. Brown (#0403511)
LARSON • KING, LLP
30 East Seventh Street, Ste. 2800
Saint Paul, MN  55101
(651) 312-6500
tnovak@larsonking.com
abrown@larsonking.com
*Attorneys for Defendants.*

1