# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LACEY GAUTHIER,

       Plaintiff,

vs.

JOHNSON HEALTH TECH NORTH AMERICA, INC., a Wisconsin Corporation, and JOHNSON HEALTH TECH TRADING, INC., a Wisconsin Corporation,

       Defendants.

Case No. 0:25-cv-01025-JRT-JFD

**DEFENDANT JOHNSON HEALTH TECH TRADING, INC.'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Johnson Health Tech Trading, Inc. is wholly owned by Johnson Health Tech Retail, Inc., a Wisconsin company. Johnson Health Tech Retail, Inc. is wholly owned by Johnson Health Tech. Co., Ltd., which is a company publicly traded on the Taiwan Stock Exchange.

Dated: April 16, 2025

s/ *Anthony J. Novak*
Anthony J. Novak (#0351106)
Aaron S. Brown (#0403511)
LARSON • KING, LLP
30 East Seventh Street, Ste. 2800
Saint Paul, MN  55101
(651) 312-6500
tnovak@larsonking.com
abrown@larsonking.com
*Attorneys for Defendants.*