**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LACEY GAUTHIER, | Case No. 0:25-cv-01025-JRT-JFD |
| Plaintiff, | |
| vs. | |
| JOHNSON HEALTH TECH NORTH AMERICA, INC., a Wisconsin Corporation, and JOHNSON HEALTH TECH TRADING, INC., a Wisconsin Corporation, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Lacey Gauthier and Defendants Johnson Health Tech North America, Inc. and Johnson Health Tech Trading, Inc., by and through their undersigned counsel of record, that the above-entitled action may be and is hereby dismissed with prejudice, with each party bearing its own costs and fees. It is further stipulated and agreed that there being no just reason for delay, dismissal with prejudice may be entered pursuant hereto without further notice.

Dated: July 10, 2025

s/ *Adam J. Kress*
Adam J. Kress (0397289)
Anna R. Rick (0401065)
JOHNSON BECKER, PLLC
444 Cedar St., Ste. 1800
Saint Paul, MN  55101
(612) 436-1800
akress@johnsonbecker.com
arick@johnsonbecker.com

*Attorneys for Plaintiff Lacey Gauthier*

Dated: July 10, 2025

s/ *Anthony J. Novak*
Anthony J. Novak (0351106)
Aaron S. Brown (0403511)
LARSON • KING, LLP
30 East Seventh Street, Ste. 2800
Saint Paul, MN  55101
(651) 312-6500
tnovak@larsonking.com
abrown@larsonking.com

*Attorneys for Defendants Johnson Health North America, Inc., and Johnson Health Tech Trading, Inc.*

2